

# COURT OF APPEALS FOR THE
# FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER

Appellate case name:      John Laurie Bush, Jr. v. The State of Texas

Appellate case number:   01-18-00357-CR

Trial court case number:  221956

Trial court:            County Court at Law No. 1

       This case involves an appeal from a trial court's imposition of community supervision for terroristic threat entered on April 9, 2018, 2015. *See* TEX. PENAL CODE ANN. § 22.07. Appellant filed his notice of appeal on May 4, 2018. *See* TEX. R. APP. P. 26.2. The record was due on August 7, 2018. *See* TEX. R. APP. P. 4.1(a), 35.2. The clerk's record was filed on May 21, 2018. The reporter's record has not been filed.

       On August 10, 2018, the Clerk notified appellant that the court reporter responsible for preparing the record in this appeal had informed the Court that appellant had not requested preparation of the record or had not made arrangements to pay for the reporter's record. The Clerk further notified appellant that unless he provided proof of payment for preparation of the reporter's record, proof of having made payment arrangements for the reporter's record, or a response showing that he was exempt from paying for the reporter's record by September 10, 2018, the Court might consider and decide only those issues or points that do not require a reporter's record. *See* TEX. R. APP. P. 37.3(c).

       Appellant has not provided the Court with evidence showing that he has paid or made arrangements to pay the court reporter. Accordingly, the Court will consider and decide those issues or points that do not require a reporter's record for a decision. *See id*.

       Appellant's brief is ORDERED to be filed within 30 days of the date of this order. *See* TEX. R. APP. P. 38.6(a). Appellee's brief, if any, is ORDERED to be filed within 30 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

       It is so ORDERED.

Judge's signature: /s/ Sherry Radack
                    ☒ Acting individually    ☐ Acting for the Court

Date:   January 24, 2019